UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOE-MARIE CLARATY,

    Plaintiff,

v.

LINDA HALL-MILLS, et al.,

    Defendants.

Case No. 18-cv-06861-JCS

**ORDER SEALING COMPLAINT AND REQUIRING REDACTION**

**ORDER TO SHOW CAUSE WHY APPLICATION TO PROCEED IN FORMA PAUPERIS SHOULD NOT BE DENIED**

Re: Dkt. Nos. 1, 2

Plaintiff Noe-Marie Claraty, pro se, brings this action under 28 U.S.C. § 1983 based on temporary deprivation of custody of her minor sons. Ms. Claraty's complaint includes multiple instances of the first names of two minor children. Under Rule 5.2(a) of the Federal Rules of Civil Procedure, a public filing in federal court may refer to minors only by their initials. The complaint is therefore SEALED. To complete the public record, Ms. Claraty is ORDERED to file a redacted complaint that complies with Rule 5.2(a) no later than December 7, 2018.

Ms. Claraty has also applied to proceed in forma pauperis. Her application includes no response to the question of whether she owns any cash. The application also states that Ms. Claraty's husband earns gross income of more than $12,000 per month. It is not clear whether Ms. Claraty's application includes all community property assets. The Court cannot determine on the current record that Ms. Claraty would be unable to pay the $400 filing fee for this action. Ms. Claraty is therefore ORDERED TO SHOW CAUSE why the application should not be denied, by filing a response no later than December 7, 2018 stating the total community property assets available and addressing why she believes she is unable to afford the filing fee. In the alternative, if Ms. Claraty pays the filing fee by the same deadline, this order to show cause will be vacated as moot.

**IT IS SO ORDERED.**

Dated: November 16, 2018

JOSEPH C. SPERO
Chief Magistrate Judge