UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NOE-MARIE CLARATY, | Case No. 18-cv-06861-JCS |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING AS MOOT APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISCHARGING ORDER TO SHOW CAUSE** |
| LINDA HALL-MILLS, et al., | |
| Defendants. | Re: Dkt. Nos. 2, 4 |

The Court previously issued an order to show cause (dkt. 4) why Plaintiff Noe-Marie Claraty's application to proceed in forma pauperis (dkt. 2) should not be denied. Claraty has since paid the filing fee for this action. *See* dkt. 6. The order to show cause is therefore DISCHARGED, and the application to proceed in forma pauperis is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: December 7, 2018

JOSEPH C. SPERO
Chief Magistrate Judge